In the Matter of JOHN P. WARD et al., Appellants, against
PAUL J. KERN et al., as Commissioners of the Municipal
Civil Service Commission of the City of New York et al.,
Respondents.

Submitted October 17, 1940; decided November 19, 1940.

*Irving H. Saypol* and *Leo Kotler* for appellants.

*William C. Chanler, Corporation Counsel (Robert H. Schaffer, Paxton Blair* and *M. Camper O' Neal* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, SEARS and LEWIS, JJ. Dissenting: LEHMAN, Ch. J., and CONWAY, J.